UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREEDOM JN, LLC,<br><br>                    Plaintiff,<br><br>          v.<br><br>FRONTIERS RECORDS S.R.L., et al.,<br><br>                    Defendants. | Case No.  21-cv-10060-JCS<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE REMANDED** |

Defendants removed this case from state court asserting diversity jurisdiction based on their good faith belief that none of Plaintiff Freedom JN, LLC's members are citizens of Italy (as are both defendants), but noting that they lack actual knowledge of the identity of Freedom JN's members as that information is not publicly available or reasonably ascertainable.  Such allegations based on information and belief meet Defendants' burden for removal under the reasoning of *Carolina Casualty Insurance Company v. Team Equipment, Inc.*, 741 F.3d 1082, 1086 (9th Cir. 2014).  *See also Lincoln Ben. Life Co. v. AEI Life, LLC*, 800 F.3d 99, 110 (3d Cir. 2015).  The Court, however, has an independent obligation to determine its jurisdiction, and if any of Freedom JN's members *are* citizens of Italy, remand would be appropriate.  Freedom JN is therefore ORDERED TO SHOW CAUSE why the case should not be remanded, by filing a declaration addressing the citizenship of its members no later than January 19, 2022.  That declaration may be included with Freedom JN's opposition to Defendants' pending motion to dismiss, or may be a separate filing.

This order is without prejudice to any other argument for remand that Freedom JN might raise by a separate motion.

**IT IS SO ORDERED.**

Dated: January 6, 2022

_____
JOSEPH C. SPERO
Chief Magistrate Judge

United States District Court
Northern District of California